IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIVERBED TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. _____ |
| | ) | |
| QUANTUM CORPORATION, a Delaware Corporation, A.C.N. 120 786 012 PTY. LTD., an Australian Company, and ROCKSOFT LTD., an Australian Company, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Riverbed Technology, Inc. ("Riverbed") submits the following corporate disclosure statement:

Riverbed has no parent company and no publicly-held corporation owns 10% or more of Riverbed's stock. Riverbed reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

OF COUNSEL:

Claude M. Stern
Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
(650) 801-5000

Dated: January 9, 2008

/s/ Chad M. Shandler (C# 3796)
for Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
*Attorneys for Plaintiff Riverbed Technology, Inc.*

RLF1-3241564-1