IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> QUANTUM CORPORATION, a Delaware ) <br> Corporation, A.C.N. 120 786 012 PTY. LTD., ) <br> an Australian Company, and ROCKSOFT ) <br> LTD., an Australian Company, ) <br> ) <br> Defendants. ) | C. A. No. 08-016-SLR-MPT |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Claude M. Stern, Todd M. Briggs, David Wei, Jr. and Andrew Bramhall of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP to represent Plaintiff Riverbed Technology, Inc. in this matter.

OF COUNSEL:

Claude M. Stern
Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
(650) 801-5000

Dated: February 12, 2008

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
*Attorneys for Plaintiff Riverbed Technology, Inc.*

2

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admissions *pro hac vice* is GRANTED.

Dated:_____        _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Claude M. Stern
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr. Suite 560
Redwood Shores, California 94065

Dated: Feb. 06, 2008

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr. Suite 560
Redwood Shores, California 94065

Dated: 2-5-08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
David Wei, Jr.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr. Suite 560
Redwood Shores, California 94065

Dated: 5 Feb. 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Andrew Bramhall
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr. Suite 560
Redwood Shores, California 94065

Dated: 2/5/08

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, the foregoing document was sent via United States First Class Mail to the following non-registered participants:

A.C.N. 120 786 012 PTY. Ltd.
175 Fullarton Road, Level 1
Sydney, SA 5065, Australia

Rocksoft Ltd.
175 Fullarton Road, Level 1
Dulwich, SA 5065, Australia

Quantum Corporation
1650 Technology Drive, Suite 700
San Jose, CA 95110

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com