IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIVERBED TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-016-SLR |
| | ) | |
| QUANTUM CORPORATION, A.C.N. 120 786 012 PTY, LTD, and ROCKSOFT LTD., | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, AND IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER**

Defendants in the above action hereby respectfully move to dismiss the complaint for lack of subject matter jurisdiction, lack of personal jurisdiction, and improper venue, or in the alternative, to transfer this action to the United States District Court for the Northern District of California.

The grounds for this motion are fully set forth in defendants' accompanying opening memorandum and in the supporting declarations of Mauricio Flores and Shawn Hall. For the Court's convenience, a proposed form of order is attached to this motion.

                    ASHBY & GEDDES

                    /s/ *Steven J. Balick*

                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE  19899
                    302-654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    tlydon@ashby-geddes.com

                    *Attorneys for Defendants*

*Of Counsel:*

Amar L. Thakur
Mauricio A. Flores
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, CA  92130-2006
(858) 720-8900

Dated:  February 14, 2008
188186.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., )<br>     )<br>     Plaintiff,  )<br>     )<br>v.    )<br>     )<br>QUANTUM CORPORATION, A.C.N. 120 )<br>786 012 PTY, LTD, and ROCKSOFT LTD., )<br>     )<br>     Defendants.  ) | C.A. No. 08-016-SLR |

## **ORDER**

This _____ day of _____, 2008, defendants in the above action having moved to dismiss the complaint for lack of subject matter jurisdiction, lack of personal jurisdiction, and improper venue, or in the alternative, to transfer this action to the United States District Court for the Northern District of California, and this Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that defendants' motion is granted and that this action is dismissed without prejudice.

_____
United States District Judge