OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

March 7, 2008

Richard W. Wieking
Clerk of Court
Phillip Burton United States
Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

      RE:      Riverbed Technology Inc. V. Quantum Corporation, et al.
             USDC/DE Civil Action No.: 08-16-SLR

Dear Clerk:

Pursuant to the Order dated February 27, 2008 signed by the Honorable Sue L. Robinson, transferring the above captioned case to your Court, enclosed please find the following items:

(   ) Certified copy of the docket sheet;
(   ) Certified copy of the Order of Transfer;
( x ) Original sealed case file documents (D.I. Nos. 14 and 16);

Please note that this case has already been electronically transferred to the United States District Court for the Northern District of California. The electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

               Sincerely,

               Peter T. Dalleo, Clerk of Court

      By:  *Francisca Tassone*
               Deputy Clerk

Enc.
**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**